UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON D. JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 1:03-CV-0685 SEB-JPG |
| KHEVIN C. WATTERSON and CITY OF INDIANAPOLIS, | ) |
| Defendants. | ) |

**Order Granting Defendants' Motion for Partial Summary Judgment**

On February 15, 2005, defendants filed their motion for summary judgment and brief in support. Plaintiff failed to file a response to the defendants' motion.

On April 6, 2005, the Court ordered that the plaintiff show cause, on or before April 18, 2005, why the defendants' unopposed motion should not be granted and the challenged claims should not be dismissed, pursuant to Local Rule 56.1 and 41(b) and 56 of the Fed. R. Civ. P. Plaintiff failed to show cause or otherwise respond to defendants' motion for summary judgment.

IT IS THEREFORE ORDERED that defendants' motion for partial summary judgment is granted on plaintiff's federal claims that he was unlawfully stopped in his car in violation of the Fourth Amendment and that the alleged constitutional deprivation was caused by a custom policy or practice of the City of Indianapolis. Summary judgment is also granted on plaintiff's state law claims of negligence and malicious prosecution.

Dated: 05/03/2005

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Jesse L. Coleman
Jessecoleman1@aol.com

Lakshmi Devi Hasanadka
CORPORATION COUNSEL
lhasanadka@indygov.org

RUCKELSHAUS ROLAND KAUTZMAN
BLACKWELL & HASBROOK
John F. Kautzman
jfk@rucklaw.com
John C. Ruckelshaus
jcr@rucklaw.com